1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277



FILED
JUN 01 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

4  **United States Bankruptcy Court**
   **Central District of California**

5

6                                           ) Chapter 13
                                             )
7  JEFFREY G. MOON                          ) Case No.: 8:08-bk-15378-ES
                                             )
8                                           ) **NOTICE OF UNCLAIMED DIVIDEND**
                                             ) **(Bankruptcy Rule 3011)**
9                                           )
                                             )
10                                          )
                                             )
11

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300709** in the sum of **$94.50**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      JEFFREY G. MOON
        29641 KENSINGTON DRIVE
18      LAGUNA NIGUEL, CA 92677

19

20 Date: May 24, 2010               _____
21                                   Amrane Cohen, Chapter 13 Standing Trustee

22

23

24

25

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0815378 | JEFFREY G. MOON<br>ACCT: 655-062-14.00 | Claim: 00006 | XXX-XX-7485 | 94.50 | 0.00 | 94.50 |
| | | TOTALS | | 94.50 | 0.00 | 94.50 |

JEFFREY G. MOON

BALANCE:    1,782.48    [0.00  27/00006]
SSN: XXX-XX-7485   SSN:
ACCT: 655-062-14.00            CASE: 0815378
PRINCIPAL:     94.50   INTEREST:         0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300709

Apr 14, 2010

VOID 90 DAYS FROM DATE

\*\*\*\*\*\*\*\*$94.50

**PAY**   Ninety Four And 50 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑃0300709⑃  ⑇061100790⑇:000000575186 2⑃